Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
dsh@girardgibbs.com
Amy M. Zeman (State Bar No. 273100)
amz@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Michael Danko (State Bar No. 111359)
mdanko@dankolaw.com
Kristine K. Meredith (State Bar No. 158243)
kmeredith@dankolaw.com
**THE DANKO LAW FIRM**
247 N. San Mateo Drive
San Mateo, CA  94401
Telephone: (650) 342-6100
Facsimile: (650) 342-3843

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ARMANDO RODRIGUEZ, Individually and as the Heir of BONI SUE RODRIGUEZ, Deceased,<br><br>Plaintiff,<br>vs.<br><br>FRESENIUS MEDICAL CARE HOLDINGS, INC. d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA, FRESENIUS USA, INC., FRESENIUS USA MANUFACTURING, INC., and FRESENIUS USA MARKETING, INC.<br><br>Defendants. | Case No. 3:12-CV-06382-SI<br><br>**STIPULATED REQUEST TO MOVE INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND DEFENDANTS' TIME TO ANSWER** |

Pursuant to Civil Local Rule 6-2, the parties hereby submit their stipulated request to move the initial case management conference scheduled for March 22, 2013, to April 26, 2013, and to extend Defendants' time to answer from February 18, 2013, to April 19, 2013, for the following reasons:

1. This action is one of approximately 50 cases filed nationwide that involve all or a material part of the same subject matter and all or substantially all of the same parties as this action;

2. A petition and several interested party responses have been filed with the Judicial Panel on Multidistrict Litigation requesting that the federal cases be consolidated and transferred to a single district court (*see* MDL 2428);

3. The parties anticipate that the MDL petition will be heard on March 21, 2013;

4. At least one other case related to this action has been filed in this district and additional complaints are expected to be filed in the next few weeks, with administrative motions to relate the additional cases to this action also anticipated for any cases not related upon assignment;

5. The Parties have conferred and share an interest in an efficient and economical approach to managing this litigation. In that regard, the Parties believe moving the initial case management conference to April 26, 2013, and extending Defendants' time to answer to April 19, 2013, would prevent the expenditure of resources prior to the MDL decision and allow the Parties to continue to organize the related cases filed in this District for efficient management. If an MDL is formed outside of this District, the Court's and the Parties' resources would have been preserved, and if an MDL is formed in this District or not at all, the Parties will be positioned to proceed here without significant delay; and

6. The requested changes will not appreciably delay proceedings in this action and will enable more efficient and economical management of the litigation.

//
//
//
//

**IT IS SO STIPULATED AND REQUESTED.**

Dated: February 6, 2013

By: ___/s/ Eric H. Gibbs_____

Eric Gibbs
Dylan Hughes
Amy M. Zeman
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Michael Danko
Kristine K. Meredith
**THE DANKO LAW FIRM**
247 N. San Mateo Drive
San Mateo, CA 94401
Telephone: (650) 342-6100
Facsimile: (650) 342-3843

*Attorneys for Plaintiff Armando Rodriguez*

By: ___/s/ Tamara Fraizer_____

Tamara Fraizer
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Kevin C. Newsom (Of Counsel)
Leigh Anne Hodge (Of Counsel)
**BRADLEY ARANT BOULT CUMMINS LLP**
One Federal Place
1819 Fifth Avenue
North Birmingham, AL 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

James F. Bennett (Of Counsel)
**DOWD BENNETT LLP**
773 Forsyth Blvd., Suite 1410
St. Louis, MO 63105
Telephone: (314) 889-7300
Facsimile: (314) 889-7302

*Attorneys for Defendants Fresenius Medical Care Holdings, Inc. d/b/a Fresenius Medical Care North America; Fresenius USA, Inc.; Fresenius USA Manufacturing, Inc.; and Fresenius USA Marketing, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____2/7/13_____     _____
                                           Judge Susan Illston
                                           United States District Judge

**DECLARATION PURSUANT TO LOCAL RULE 5(1)(i)(3)**

I attest that concurrence in the filing of this document has been obtained from the other signatories listed above.

Dated:  February 6, 2013                    By:    /s/ Eric H. Gibbs
                                                    Eric H. Gibbs

Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
dsh@girardgibbs.com
Amy M. Zeman (State Bar No. 273100)
amz@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Michael Danko (State Bar No. 111359)
mdanko@dankolaw.com
Kristine K. Meredith (State Bar No. 158243)
kmeredith@dankolaw.com
**THE DANKO LAW FIRM**
247 N. San Mateo Drive
San Mateo, CA  94401
Telephone: (650) 342-6100
Facsimile: (650) 342-3843

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ARMANDO RODRIGUEZ, Individually and as the Heir of BONI SUE RODRIGUEZ, Deceased,<br><br>Plaintiff,<br>vs.<br><br>FRESENIUS MEDICAL CARE HOLDINGS, INC. d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA, FRESENIUS USA, INC., FRESENIUS USA MANUFACTURING, INC., and FRESENIUS USA MARKETING, INC.<br><br>Defendants. | Case No. 3:12-CV-06382-SI<br><br>**DECLARATION OF ERIC H. GIBBS IN SUPPORT OF STIPULATED REQUEST** |

I, Eric H. Gibbs, hereby declare as follows:

1. I am a partner at Girard Gibbs LLP, counsel for Plaintiff Armando Rodriguez in this action. I submit this declaration in support of the Parties' Stipulated Request to Move Initial Case Management Conference and Extend Defendants' Time to Answer.

2. I am aware of approximately 50 lawsuits filed in state and federal courts around the country that involve all or a material part of the same subject matter and all or substantially all of the same parties as this action.

3. A petition and several interested party responses have been filed with the Judicial Panel on Multidistrict Litigation requesting that the federal cases be consolidated and transferred for pretrial proceedings (*see* MDL 2428). The petition will likely be heard on March 21, 2013.

4. My firm filed another case in this District related to the current action on February 4, 2013, *see* Case No. 3:13-CV-00489, and plans to file others shortly. I am also aware of anticipated filings by other firms.

5. I have conferred with Defendants' counsel concerning an efficient and economical approach to managing this litigation, and believe that moving the initial case management conference to April 26, 2013, and extending Defendants' time to answer to April 19, 2013, would prevent the expenditure of the Court's and Parties' resources prior to the MDL decision and allow the Parties to continue to organize the related cases filed in this District for efficient management. If an MDL is formed outside of this District, the Court's and the Parties' resources would have been preserved, and if an MDL is formed in this District or not at all, the Parties will be positioned to proceed here without significant delay. The requested changes will not appreciably delay proceedings in this action and will enable more efficient and economical management of the litigation.

6. The Parties previously stipulated to extend Defendants' time to answer to February 18, 2013.

I declare under penalty of perjury that the foregoing facts are true and correct and that this declaration was executed this 6th day of February 2013, in San Francisco, California.

*/s/* Eric H. Gibbs
Eric H. Gibbs

1

DECLARATION OF ERIC H. GIBBS ISO STIPULATED REQUEST
CASE NO. 3:12-CV-06382-SI