Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARMANDO RODRIGUEZ, Individually and as the Heir of BONI SUE RODRIGUEZ, Deceased,

Plaintiff(s),

v.

FRESENIUS MEDICAL CARE HOLDINGS, INC., et al.,

Defendant(s).

Case No: 3:12-cv-06382

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Kevin C. Newsom, an active member in good standing of the bar of the state of Alabama, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Fresenius Medical Care Holdings, Inc., et al., in the above-entitled action. My local co-counsel in this case is Tamara Fraizer, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Bradley Arant Boult Cummings LLP<br>1819 Fifth Avenue North<br>Birmingham, Alabama 35203 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Fish & Richardson<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(205) 521-8803 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 839-5097 |
| MY EMAIL ADDRESS OF RECORD:<br>knewsom@babc.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>fraizer@fr.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: ASB-2305-V78N.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: _____  /s/ Newsom
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Kevin C. Newsom is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/2/13

Susan Illston
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER                                                August 2012

# The Supreme Court of Alabama



## Certificate Of Admission

I, Robert G. Esdale, as Clerk of the Supreme Court of Alabama, do hereby certify that ___Kevin Christopher Newsom___ was duly and legally admitted to practice law by the Supreme Court of Alabama on ___April 29, 2005___ and is now an attorney in good standing at the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Alabama is the highest court of record in this State.

Done on ___March 4, 2013___ with the seal of the Supreme Court of Alabama attached.



Robert G. Esdale, Clerk
Supreme Court of Alabama